JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6834
(973) 538-6890
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CEASAR VELAZQUEZ, on behalf of himself and all others similarly situated, 37 Georgian Court Apt. L Bergenfield, New Jersey 07621 | COLLECTIVE ACTION FOR UNPAID OVERTIME UNDER FLSA |
| Plaintiff, | Civil Action No.: 2:15-cv-03624-KSH/CLW |
| v. | |
| A-TECH ELECTRIC, INC. 74 Railroad Avenue Paterson, New Jersey 07501 | **NOTICE OF APPEARANCE** |
| and | |
| VERTICAL SOLUTIONS, INC 74 Railroad Avenue Paterson, New Jersey 07501 | |
| and | |
| JOHN DOES 1-10 | |
| Defendants. | |

Please notice my appearance on behalf of Defendants A-Tech Electric, Inc. and Vertical Solutions, Inc. in the above-captioned matter.

Respectfully submitted,

JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890
aversar@jacksonlewis.com

Dated: July 1, 2015         By: /s/ Robyn L. Aversa

318121
4816-2050-1797, v. 1