UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CEASAR VELAZQUEZ**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**A-TECH ELECTRIC, INC.**<br><br>and<br><br>**VERTICAL SOLUTIONS, INC.**<br><br>and<br><br>**JOHN DOES 1-10**<br><br>          Defendants. | **COLLECTIVE ACTION FOR UNPAID OVERTIME UNDER FLSA**<br><br>Civil Action No.: 2:15-cv-03624 KSQ/CLW<br><br>**NOTICE OF APPEARANCE** |

Please note my appearance on behalf of Plaintiff, Ceasar Valazquez, in the above captioned matter.

                                              Respectfully submitted,
                                              **THE LAW OFFICES OF**
                                              **RICHARD MALAGIERE, P.C.**
                                              250 Moonachie Road, Suite 102
                                              Moonachie, New Jersey 07074
                                              (201) 440-0675
                                              les@malagierelaw.com

                                    By: /s/ Leonard E. Seaman
                                              Leonard E. Seaman

DATED: November 9, 2015