THE LAW OFFICES OF
# RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

| | | | |
|---|---|---|---|
| **Richard Malagiere**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney*<br>rm@malagierelaw.com | 250 MOONACHIE ROAD<br>SUITE 102<br>MOONACHIE, NJ 07074<br>201.440.0675<br>FAX: 201.440.1843<br><br>*REPLY TO NJ OFFICE | WHITEHALL BUILDING<br>17 BATTERY PLACE, STE., 610<br>NEW YORK, NY 10004<br>212.879.5580<br>212.879.5583 | *OF COUNSEL*<br><br>**Lawrence D. Mandel**<br>*Member NJ & PA Bar*<br><br>**Arthur M. Peslak**<br>*Member NJ & NY Bar*<br>*Registered Patent Attorney*<br><br>**Leonard E. Seaman**<br>*Member NJ Bar*<br>les@malagierelaw.com<br><br>**Vincent P. Trovini**<br>*Member NJ Bar* |

December 30, 2015

**VIA CM/ECF**
The Honorable Cathy Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Courtroom 4C
Newark, New Jersey 07101

      Re: **Velazquez v. A-Tech Electric, Inc.**
            **Case Number: 2:15-CV-03624-KSH-CLW**

Dear Judge Waldor:

      This firm represents the Plaintiff in the above referenced matter. Kindly accept this letter as an update with respect to the status of the matter.

      During the Rule 16 Conference before Your Honor on November 17, 2015 we discussed amending the Complaint in this case to include class action claims based on violations of the prevailing wage laws of New Jersey and New York. We were directed to provide additional information about the proposed claims to counsel for Defendants to permit them to determine if they would consent to the amendment.

      Upon further examination of this matter we have determined that we will not seek to amend the Complaint in that manner. Plaintiff will proceed on the claims previously set forth in the Complaint for unpaid overtime wages under the Fair Labor Standard Act and damages related thereto.

      By copy of this letter, we are advising cousnel for the Defendants of this decision.

      Thank you.

                                                     Respectfully submitted,

                                                     LEONARD SEAMAN

LES:ap  
Enc.  
cc:     All counsel (via CM/ECF)  
          Client (via electronic mail)