# Freeman Mathis & Gary
A LIMITED LIABILITY PARTNERSHIP

**Reply to Philadelphia office:**
1800 John F. Kennedy Blvd.
Suite 1500
Philadelphia, PA 19103
Tel: 267.758.6009
Fax: 267.239.0050

Atlanta office:
100 Galleria Parkway, Suite 1600
Atlanta, Ga. 30339-5948
Tel: 770.818.0000
Fax: 770.937.9960

www.fmglaw.com

**Meaghan P. Londergan**
Partner

Writer's Direct Access
267.758.6014

mlondergan@fmglaw.com
*Admitted in PA & NJ

October 14, 2016

**Via E-file and Fax (973-776-7865)**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07101

      Re: **Caesar Velazquez v. A-Tech Electric, Inc., Vertical Solutions, Inc., et al.**
            **USDCNJ Case No.: 2:15-cv-03624**
            **Our File No.: 8106.48316**

Dear Judge Waldor:

    Fact discovery in the above matter is set to close on November 1, 2016. The parties have exchanged written discovery and depositions have been scheduled. However, due to scheduling conflicts with the witnesses and counsel, we will not be able to complete depositions by the current deadline.

    Pursuant to this Court's Scheduling Order dated November 17, 2015, all parties jointly request this Honorable Court continue the upcoming deadline for discovery and adjust the Court's present Scheduling Order as follows:

    December 15, 2016: End date of discovery.

    January 2, 2016: Telephone Conference with the Court

    January 31, 2016: Final Pretrial Conference with the Court

    Thank you for your attention to this matter.

FREEMAN MATHIS & GARY
A LIMITED LIABILITY PARTNERSHIP

- Page 2

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

/s/ *Meaghan P. Londergan*

Meaghan P. Londergan

cc: Leonard E. Seaman, Esq.
     Diane M. Shelley Esq.

MPL/rds/bi

1754175_1